*reposted on 4/24 to show correct court.* [signature]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| HOMESALES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. CV12-5108RBL |
| | ) | |
| v. | ) | **ORDER TO REMAND** |
| | ) | |
| Sylvester Juanita Barnes, Paul Andrew Easley Sr., and All Occupants of the Premises located at 4819 70th Avenue Court West, University Place, WA 98467, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court upon the Petition of the Plaintiff seeking an Order to Remand to Superior Court; NOW, THEREFORE,

IT IS HEREBY ORDERED that this case is remanded to ~~Pierce~~ King County Superior Court.

DONE IN OPEN COURT this 4th day of April, 2012.

[signature]

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER TO REMNAD - 1

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  Presented By:

2  **ROUTH CRABTREE OLSEN P.S.**

3  By: __/s/ Lauren Davidson Humphreys_____
   Janaya L. Carter, WSBA #32715
4  Lauren Davidson Humphreys, WSBA #41694
   Attorneys for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO REMNAD - 2

ROUTH
CRABTREE
OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131