reposted on 4/24 to show enrect cwt.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| HOMESALES, INC., | ) |
| Plaintiff, | ) No. CV12-5108RBL |
| v. | ) **ORDER TO REMAND** |
| Sylvester Juanita Barnes, Paul Andrew Easley Sr., and All Occupants of the Premises located at 4819 70th Avenue Court West, University Place, WA 98467, | ) |
| Defendants. | ) |

This matter came before the Court upon the Petition of the Plaintiff seeking an Order to Remand to Superior Court; NOW, THEREFORE,

IT IS HEREBY ORDERED that this case is remanded to King County Superior Court.

DONE IN OPEN COURT this 4th day of April, 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER TO REMNAD - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  Presented By:

2  **ROUTH CRABTREE OLSEN P.S.**

3  By: __/s/ Lauren Davidson Humphreys_____
        Janaya L. Carter, WSBA #32715
4      Lauren Davidson Humphreys, WSBA #41694
        Attorneys for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO REMNAD - 2

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131